FILED
CLERK, U.S. DISTRICT COURT

APR - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDALL JOSEPH COUNTRYMAN,<br><br>          Petitioner,<br><br>    v.<br><br>JOHN STOKES, WARDEN, et al.,<br><br>          Respondents. | NO. CV 06-1388 PSG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: 4/8/08

_____
PHILLIP S. GUTIERREZ
United States District Judge