FILED
CLERK, U.S. DISTRICT COURT

APR - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority X
Send
Enter
Closed
JS-5/JS-6 X
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RANDALL JOSEPH COUNTRYMAN, | NO. CV 06-1388 PSG (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN STOKES, WARDEN, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 4/8/08

PHILLIP S. GUTIERREZ
United States District Judge